Matter of Curry v Hagler (2024 NY Slip Op 04903)

Matter of Curry v Hagler

2024 NY Slip Op 04903

Decided on October 08, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 08, 2024

Before: Manzanet-Daniels, J.P., Singh, Rosado, O'Neill Levy, JJ. 

Index No. 570224/11 Appeal No. 2766 Case No. 2024-05230 

[*1]In the Matter of Cornell Curry, Petitioner-Appellant,
v
Hon. Shlomo Hagler etc., et al., Respondents-Respondents.

Cornell Curry, petitioner pro se.
Letitia James, Attorney General, New York (Charles F. Sanders of counsel), for respondents.

The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules,
Now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon,
It is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT. 
ENTERED: October 8, 2024